IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| v. ) | Case No. 21-00166-01/12-CR-W-BP |
| NICHOLAS A. TAYLOR, et al., ) | |
| Defendants. ) | |

**ORDER OF INTERLINEATION**

On June 24, 2021, an Indictment was filed in this case (Doc. 1). In the Indictment, Defendant Kimberly J. Richardson's last name was misspelled within the summary chart on page five. Additionally, Count Four lists the serial number as "BER12395Z" rather than "BER212395Z". By stipulation of the parties, it is hereby

ORDERED that the Indictment is amended by interlineation to reflect the correct spelling of Defendant Richardson's last name within the summary chart on page five. It is further

ORDERED that the Indictment is amended by interlineation to correct the serial number contained in Count Four to read ""BER212395Z".

Date: July 12, 2021

                                                 /s/ *Jill A. Morris*
                                                 JILL A. MORRIS
                                           UNITED STATES MAGISTRATE JUDGE